JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-169TSZ |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED OBJECTION TO FORWARDING OF PASSPORT TO DEPARTMENT OF STATE AND MOTION FOR RETURN TO DEFENSE COUNSEL |
| vs. | |
| MARY A. MCCRYSTLE, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for return of passport. (Dkt. 22). The Government does not oppose the motion. Defendant waived indictment and was prosecuted by way of Information for Social Security Fraud. (Dkt. 5). As part of her pretrial appearance bond, Defendant was required to surrender her passport to the Court. (Dkt. No. 20). The Defendant subsequently plead guilty to the charge and was sentenced to three years of probation. (Dkt. 17). Probation was terminated on March 7, 2018. (Dkt. 18).

The Clerk's Office filed a notice of intent to forward Defendant's passport to the Department of State. (Dkt. 21). Defendant objects to her passport being forwarded to the Department of State and instead asks that it be returned to her defense counsel. The Court ORDERS the following:

ORDER GRANTING DEFENDANT'S
UNOPPOSED OBJECTION TO
FORWARDING OF PASSPORT TO
DEPT OF STATE AND MOTION FOR
RETURN TO DEFENSE COUNSEL - 1
(*Mary A. McCrystle*; CR16-169TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1     The Clerk of Court is DIRECTED to release Defendant's passport and deliver it

2 to Assistant Federal Public Defender Mohammad Ali Hamoudi. Mr. Hamoudi may

3 pick up the passport from the Clerk's Office.

    DATED this 24th day of October, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by,

*s/ Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Mary A. McCrystle

ORDER GRANTING DEFENDANT'S
UNOPPOSED OBJECTION TO
FORWARDING OF PASSPORT TO
DEPT OF STATE AND MOTION FOR
RETURN TO DEFENSE COUNSEL - 2
(*Mary A. McCrystle*; CR16-169TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**